IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GILBERTO JESSI VAZQUEZ-MUNOZ,
a/k/a "Gilberto Jesse Vazquez-Munoz,"

        Defendant.

Case No. 22-CR-360-JFH

## OPINION AND ORDER

Before the Court is a Revised Unopposed Motion for Leave to Dismiss with Prejudice filed by the United States of America ("Government"). Dkt. No. 25. At the Pretrial Conference in this matter, held December 20, 2024 (the same day that the Motion was filed), the Court informed the parties that further information regarding Defendant and this matter was needed before this Court could determine whether dismissal was proper. Defendant accordingly has filed a Sealed Response to the Government's Motion to Dismiss with Prejudice [Dkt. No. 26], further elucidating facts regarding Defendant and this case.

Under Federal Rule of Criminal Procedure 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest." *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)). Based on the facts set out in the motion, the Court concludes that dismissal of these charges against Defendant is not contrary to the public interest, nor is it for an improper purpose. Accordingly, the Government's motion to dismiss should be granted.

IT IS THEREFORE ORDERED that the Government's Unopposed Motion to Dismiss with Prejudice [Dkt. No. 25] is GRANTED and the indictment is dismissed with prejudice. The Government's Motion to Dismiss Indictment [Dkt. No. 23] is hereby rendered moot.

Dated this 20th day of December 2024.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE